

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00586-CV

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**,
Appellant

v.

**LEXINGTON INSURANCE COMPANY** as Subrogee of DCT Rittiman, LLC,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13972
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is REVERSED.

We RENDER judgment that Appellee Lexington Insurance Company as subrogee of DCT Rittiman, LLC, take nothing from Appellant Liberty Mutual Fire Insurance Company on Appellee's subrogation claim against Appellant.

Costs of this appeal are taxed against Appellee Lexington Insurance Company.

SIGNED September 30, 2014.

_____
Patricia O. Alvarez, Justice